■ In the Matter of DANIEL NORBUT, as Executor of MARGUERITE O'BRIEN, Deceased, Appellant, v CATHERINE KOZAK et al., Respondents.—Appeal from an order of the County Court of Ulster County (Vogt, J.), entered February 11, 1991, which, in a proceeding pursuant to RPAPL article 7, *inter alia,* granted respondents' motion for summary judgment.

Order affirmed, with costs, upon the opinion of Judge Francis J. Vogt.

Mikoll, J. P., Mercure, Crew III and Mahoney, JJ., concur. Ordered that the order is affirmed, with costs.